DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**IRYANA CRESCI,**
Appellant,

v.

**THE GAP STORES, INC.,** d/b/a **OLD NAVY,**
Appellee.

No. 4D18-1147

[November 21, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Judge; L.T. Case No. 502016CA007432XXXXMB.

Cameron W. Eubanks of Mase Mebane & Briggs, P.A., Miami, for appellant.

Alyssa M. Reiter of Wicker Smith O'Hara McCoy & Ford, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***